Bryan J. Freedman, Esq. (SBN: 151990)
Theresa M. Troupson, Esq. (SBN: 301215)
Liner Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Email: bfreedman@lftcllp.com
ttroupson@lftcllp.com

Attorneys for Plaintiff TARA LONG

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA LONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HASBRO INC., a Rhode Island corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-03496 SB (DFMx)<br>[Los Angeles Superior Court Case No. 25STCV06805]<br><br>**JOINT STATUS REPORT RE: ARBITRATION AND STAY OF ACTION**<br><br>State Court Action Filed: 03/10/2025 |

WHEREAS, on May 23, 2025, the Court stayed this matter and ordered the matter to private arbitration (Dkt. 18); and

WHEREAS, the Court further ordered the parties to submit a joint status report regarding the status of arbitration by May 22, 2026;

THE PARTIES THEREFORE REPORT as follows: The parties have agreed to a mutually acceptable private arbitrator and have initiated arbitration. The parties have attended an initial arbitration management conference, Defendant has filed a motion to dismiss and counterclaims, and the final arbitration hearing has been scheduled to begin on August 9, 2027. Pursuant to the Court's order (Dkt. 18), the parties will file a further status report within 60 days hereof.

Dated: July 21, 2026

LAVELY & SINGER, P.C.
BRIAN G. WOLF
T. WAYNE HARMAN

By: */s/ T. Wayne Harman*
T. WAYNE HARMAN
Attorneys for Defendant
HASBRO, INC.

Dated: July 21, 2026

LINER, FREEDMAN, TAITELMAN + COOLEY, LLP
BRYAN FREEDMAN
THERESA TROUPSON

By: */s/ Theresa M Troupson*
THERESA TROUPSON
Attorneys for Plaintiff
TARA LONG

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT** ]
**CENTRAL DISTRICT OF CALIFORNIA** ] **ss.**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is1801 Century Park West, 5th Floor, Los Angeles, CA 90067.

On July 21, 2026, I served the following document(s) described as **JOINT STATUS REPORT RE: ARBITRATION AND STAY OF ACTION** on the interested parties in this action as follows:

[X] ELECTRONICALLY: I caused the document(s) to be sent from email address cdavis@lftcllp.com to the persons at the email address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] FEDERAL: I am employed in the office of an attorney who is a member of this court at whose direction I served the above-described document.

Brian G. Wolf, Esq.
T. Wayne Harman, Esq.
Lavely & Singer
2049 Century Park East, Suite 2400
Los Angeles. CA 90067
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email: bwolf@lavelysinger.com
wharman@lavelysinger.com
*Attorneys for Defendant Hasbro, Inc.*

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed July 21, 2026, at Los Angeles, California.

Cortni Davis
Cortni' A. Davis